FORM poSWD20 (11/21)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:                                                                 Case No. 20–00325–swd

Interlogic Outsourcing, Inc.                                Chapter 11

         Debtor(s).                                          Honorable Scott W. Dales
_____/

Mark Iammartino,                                              Adv. Pro. No. 21–80071–swd

         Plaintiff(s).
v.

Lake City Bank
Lakeland Financial Corporation
Bradley Toothaker
Kristin Pruitt
Eric Ottinger
Lisa O'Neill
David Findlay
Najeeb A. Khan,

         Defendant(s).
_____/

### ORDER REGARDING MOTION TO APPEAR *PRO HAC VICE*

PRESENT: Honorable Scott W. Dales
Chief United States Bankruptcy Judge

The court reviewed the motion of Stanley F. Orszula Esq., to appear *pro hac vice* (ECF No. 37 ).

NOW, THEREFORE, IT IS HEREBY ORDERED that Stanley F. Orszula Esq., is admitted to appear *pro hac vice* in the above referenced bankruptcy case, and the contested matters and/or adversary proceedings arising therein, in the United States Bankruptcy Court, Western District of Michigan, subject to payment of the filing fee.

Return for service on interested parties to:

Stanley F. Orszula, Esq.
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison St., Suite 3900
Chicago, IL 60606

END OF ORDER

**IT IS SO ORDERED.**

**Dated October 18, 2022**

Scott W. Dales
United States Bankruptcy Judge