UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

NAJEEB AHMED KHAN,[1]

    Debtor.
_____/

Case No. 19-04258
Hon. Scott W. Dales
Chapter 11

In re:

KHAN AVIATION, INC., *et al.*,[2]

    Debtor.
_____/

Case No. 19-04261
Hon. Scott W. Dales
Chapter 11
(Jointly Administered)

In re:

INTERLOGIC OUTSOURCING, INC., *et al.*,[3]

    Debtor.
_____/

Case No. 20-00325
Hon. Scott W. Dales
Chapter 11
(Jointly Administered)

MARK IAMMARTINO,

    Plaintiff,

v.

LAKE CITY BANK and LAKELAND FINANCIAL CORPORATION, NAJEEB A. KHAN, DAVID FINDLAY, LISA O'NEILL, ERIC OTTINGER, KRISTIN PRUITT, and BRADLEY TOOTHAKER,

    Defendants.
_____/

Adversary Pro. No. 21-80071

---

[1] Estate Tax I.D. No.: 84-6804873.

[2] The Debtors in the Khan Entities Cases, along with the last four digits of each Debtor's federal tax identification number, are: Khan Aviation, Inc. (0145), GN Investments, LLC (3550), KRW Investments, Inc. (4356), NJ Realty, LLC (3761), NAK Holdings, LLC (4717), and Sarah Air, LLC (4718).

[3] The Debtors in the IOI Cases, along with the last four digits of each Debtor's federal tax identification number are: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473).

PRESENT: HONORABLE SCOTT W. DALES
Chief United States Bankruptcy Judge

The court reviewed the motion of Stanley F. Orszula, Esq., for Carmel I. Dooling, Esq., to appear *pro hac vice* (ECF No. 37 ).

NOW, THEREFORE, IT IS HEREBY ORDERED that Carmel I. Dooling, Esq., is admitted to appear *pro hac vice* in the above referenced bankruptcy case, and the contested matters and/or adversary proceedings arising therein, in the United States Bankruptcy Court, Western District of Michigan, subject to payment of the filing fee.

Return for service on interested parties to:
Stanley F. Orszula, Esq.
Barack Ferrazzano Kirschbaum &
 Nagelberg LLP
200 West Madison St., Suite 3900
Chicago, IL 60606

**IT IS SO ORDERED.**

**Dated October 21, 2022**

_____
Scott W. Dales
United States Bankruptcy Judge